William R. Urga, Esq.
Nevada Bar No. 1195
David J. Malley, Esq.
Nevada Bar No. 8171
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:   (702) 699-7500
Facsimile:   (702) 699-7555

*Attorneys for Plaintiff*

UNTIED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GCI NUTRIENTS (USA), INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HARTFORD CASUALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. 2:11-cv-00639-JCM-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** <br><br> (First Request) |

Pursuant to LR 6-1, Plaintiff GCI Nutrients (USA), Inc. ("GCI"), by and through its attorneys, Jolley Urga Wirth Woodbury & Standish, and Defendant Hartford Casualty Insurance Company ("Hartford"), by and through its attorneys, Bullivant Houser Bailey PC, hereby stipulate and agree to allow GCI an extension of time to file responses to Hartford's Motion for Summary Judgment on Suit Time Clause (Document Number 21, filed February 27, 2012), Hartford's Motion for Summary Judgment on Coverage Claims (Document Number 22, filed February 27, 2012), and Hartford's Motion for Partial Summary Judgment as to GCI Nutrients (USA), Inc.'s Claim for Punitive Damages

(Document Number 23, filed February 27, 2012) so that the parties may have sufficient time to finish settlement discussions.

IT IS THEREFORE STIPULATED by and between GCI and Hartford that the time to file responses to the motions for summary judgment filed by Hartford be extended as follows:

1. The deadline for filing a response to Hartford's Motion for Summary Judgment on Suit Time Clause (Document Number 21, filed February 27, 2012), currently due by March 22, 2012, shall be extended to **April 5, 2012**;

2. The deadline for filing a response to Hartford's Motion for Summary Judgment on Coverage Claims (Document Number 22, filed February 27, 2012), currently due by March 22, 2012, shall be extended to **April 5, 2012**; and

///
///
///
///
///
///
///
///

Jolley Urga Wirth Woodbury & Standish
3800 HOWARD HUGHES PARKWAY, SUITE 1600, LAS VEGAS, NV 89169
TELEPHONE: (702) 699-7500   FAX: (702) 699-7555

K:\CLIENT FILES\WRU\GCI Nutrients USA 10092\02001 The Hartford\Pleadings\12-3-12 SAO to Extend Response to MSJ.doc

3. The deadline for filing a response to Hartford's Motion for Partial Summary Judgment as to GCI Nutrients (USA), Inc.'s Claim for Punitive Damages (Document Number 23, filed February 27, 2012), currently due by March 15, 2012, shall be extended to **April 5, 2012**.

| | |
|---|---|
| JOLLEY URGA WIRTH WOODBURY & STANDISH | BULLIVANT HOUSER BAILEY PC |
| By: [signature]<br>William R. Urga, Esq.<br>Nevada Bar No. 1195<br>David J. Malley, Esq.<br>Nevada Bar No. 8171<br>Attorneys for Plaintiff GCI Nutrients (USA), Inc. | By: /s/ Andrew B. Downs<br>Andrew B. Downs, Esq.<br>Nevada Bar No. 8052<br>Kristol Bradley Ginapp, Esq.<br>Nevada Bar No. 8468<br>Attorneys for Defendant Hartford Casualty Insurance Company |
| DATED: March 13, 2012 | DATED: March 13, 2012 |

## ORDER

IT IS SO ORDERED.

DATED: March 16, 2012

[signature]
United States District Judge

K:\CLIENT FILES\WRU\GCI Nutrients USA 10092\02001 The Hartford\Pleadings\12-3-12 SAO to Extend Response to MSJ.doc